## 9708

### STATE v. BARTON.

(92 S. E. 1055.)

COURTS—CONSTITUTIONAL LAW.—Decision in *State* v. *Mappus* (92 S. E. 1053), 107 S. C. —, followed.

Before RICE, J., Charleston, October, 1916. Affirmed.

A. J. Barton was convicted of an offense, and he appeals.

*Mr. Geo. H. Momeier,* for appellant.

*Mr. Thos. P. Stoney,* for the State.

July 3, 1917.

The opinion of the Court was delivered by MR. JUSTICE FRASER.

This case was heard with the case of *State* v. *Mappus,* 107 S. C. —, 92 S. E. 1053, and the judgment in that case governs this case.

The judgment is affirmed.